Jason C. Beckstead
Jay@BHBfirm.com
CA Bar No. 223148
AZ Bar No. 023095
USPTO Bar No. 48,232
Buesing, Hernacki & Beckstead, PLLC
111 W. Monroe St., Ste 320
Phoenix, Arizona 85003
(602) 388-8645 (P)
(602) 218-4450 (F)
*Attorney for Plaintiff*



CV-11-2032-PHX-JAT-LOA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| WARREN A. BRAITHWAITE,<br><br>Plaintiff,<br><br>v.<br><br>MARICOPA COUNTY CORRECTIONAL HEALTH SERVICES, MARICOPA MEDICAL CENTER, MARICOPA COUNTY SHERIFF'S OFFICE, MARICOPA COUNTY (A MUNICIPAL ENTITY) AND JOHN DOES 1-50,<br><br>Defendants. | Civil Action No.: <u>to be assigned by the Clerk of the Court</u><br><br>I. **MOTION FOR A RULE 16b HEARING,**<br>and<br>II. **REQUEST THAT THE INSTANT CASE TRACK CV-77-0479-PHS-NVW**<br><br>(Hearing Requested) |

I. <u>**MOTION FOR A RULE 16b HEARING**</u>

Plaintiff, Warren A. Braithwaite, through his attorneys, hereby motions for a Rule 16b hearing. This motion is based on the belief that judicial oversight is necessary to ensure that Plaintiff's urgent and necessary medical care needs are met and continue to be met, while in the custody of the Maricopa County Sheriff's Office ("MCSO") and in the care of

Maricopa County Correctional Health Services ("CHS").

## FACTS AND ARGUMENT

Plaintiff's attorneys prepared filings for the instant federal civil case after protracted litigation in Superior Court regarding Plaintiff's as-of-yet unmet, urgent medical needs as not provided by Correction Health Services ("CHS") as a pre-trial detainee in the Maricopa County jail. Last Thursday evening (October 13, 2011), undersigned counsel emailed a draft of the present suit to counsel for CHS, and on Friday (October 14, 2011) CHS's counsel reversed course by informing undersigned that Plaintiff would be transported to the Mayo Clinic. On today's date, October 18, 2011, it is believed that the Hon. Judge Josoph Welty in the Maricopa County Superior Court signed an order that Plaintiff be transported to the Mayo Clinic at the first available opportunity.

However, given the difficulty and length of time to acquire CHS's agreement to allow Plaintiff to receive what is probably life-saving medical care (from at least September 9, 2011, until October 14, 2011), Plaintiff's counsel believes that judicial oversight of the present situation is necessary, perhaps similar to the Orders and Reports of sister-case CV-77-0479-PHX-NVW, to ensure that Plaintiff continues to receive proper medical treatment. Accordingly, Plaintiff's counsel respectfully asks for a rule 16b hearing to discuss the issues outlined above.

Signed /s/ [signature]
Jason C. Beckstead
Attorney for Plaintiff

2