KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Warren A. Braithwaite, | No. CV 11-2032-PHX-JAT (LOA) |
| Plaintiff, | **ORDER** |
| vs. | |
| Maricopa County Correctional Health Services, et al., | |
| Defendants. | |

On October 18, 2011, Plaintiff Warren A. Braithwaite, who is represented by attorney Jason C. Beckstead, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983 and paid the filing fee. On November 4, 2011, Plaintiff filed a Motion to Dismiss Case without Prejudice (Doc. 6). Plaintiff states that he has recently begun receiving medical treatment, the denial of which was the subject of his lawsuit.

Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure provides that a plaintiff may dismiss an action by filing a "notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants have not been served and therefore have not filed an answer or motion for summary judgment, the Court will grant Plaintiff's Motion and dismiss the action.

. . .

. . .

. . .

. . .

1
2
3

**IT IS ORDERED** that Plaintiff's November 4, 2011 Motion to Dismiss Case (Doc. 6) is **granted**; this action is **dismissed without prejudice**. The Clerk of Court must close the case and enter judgment.

DATED this 14th day of November, 2011.

*/s/ James A. Teilborg*
James A. Teilborg
United States District Judge